# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Umar M. Abdullah a/k/a
Otha E. Townsend

Case No. Civil 01-863 DSD/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Sheryl Ramstad Hvass, Eric Skon
David Crist, Regina Stepney,
Wayne King and Lt. Haef

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss plaintiff's complaint with prejudice is granted.

DATE: July 9, 2001

*RICHARD D. SLETTEN, CLERK*

Victoria Moralez

Victoria Moralez, Deputy Clerk